UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| EVERETT L. MCCRARY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:15-cv-59 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| BRIDGESTONE AMERICAS TIRE | ) | |
| OPERATIONS, LLC, | ) | Magistrate Judge Susan K. Lee |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Plaintiff Everett Lee McCrary ("Plaintiff") filed an application to proceed *in forma pauperis* (Doc. 1). On November 17, 2015, Magistrate Judge Susan K. Lee issued a Report and Recommendation ("R&R") recommending that the application be denied and that Plaintiff be assessed the $400 filing fee if he wished to proceed (Doc. 3). Neither party filed an objection within the applicable fourteen-day period. The Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 3), and **DENIES** the application to proceed *in forma pauparis* (Doc. 1). If Plaintiff wishes to proceed, he must pay the $400 filing fee within **thirty days** of the entry of this order.

**SO ORDERED.**

/s/
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**